UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25·338 JRT/DLM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) |
| | ) 18 U.S.C. § 2 |
| v. | ) 18 U.S.C. § 956(a) |
| | ) 18 U.S.C. § 1203 |
| | ) 18 U.S.C. § 1956(a)(2)(A) |
| (1) BENEDICT NWANA KUAH and | ) 18 U.S.C. § 1956(h) |
| | ) 18 U.S.C. § 2332a(b) |
| (2) PASCAL KIKISHY WONGBI, | ) 18 U.S.C. § 2339A(a) |
| | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## BACKGROUND

At times relevant to this Indictment:

1.  The defendants conspired to commit violent acts and other acts dangerous to human life in Cameroon's Northwest and Southwest regions. Specifically, they gave orders to kidnap, bomb, and kill ordinary civilians and government officials, and also raised money and provided financial support for such acts, all to intimidate and coerce the civilian population and to unlawfully influence the policy and conduct of the Cameroonian government.

### Cameroon's Anglophone Region and "Ambazonia"

2.  The Republic of Cameroon is a country located in West-Central Africa that is divided into ten regions.

3.  In the Northwest and Southwest regions of Cameroon, English is the primary language spoken; in the other eight regions of Cameroon, French is the primary language spoken.

SCANNED
SEP 0 4 2025
U.S. DISTRICT COURT MPLS.

*US v. Kuah, et al.*

4.    Many English-speaking ("Anglophone") and some French-speaking ("Francophone") Cameroonians have migrated to the United States and elsewhere, and they comprise a Cameroonian diaspora outside of Cameroon.

5.    Certain individuals from the Anglophone regions of Cameroon, including those located in Cameroon and in the Cameroonian diaspora abroad, advocate for the secession of the Northwest and Southwest regions to form a new country they call "Ambazonia."

6.    Armed separatist militias intentionally attack the civilian population to coerce and intimidate the civilian population into supporting their demands for succession.  They conduct such attacks, and attack the Cameroonian military, to force Cameroon to relinquish control of the Northwest and Southwest regions.

**The Ambazonia Defense Forces ("ADF")**

7.    One of the groups attacking the civilian population in order to form "Ambazonia" is the so-called "Ambazonia Defense Forces" ("ADF").  Since 2017, the ADF has conducted numerous attacks with the goal of taking control of the Northwest and Southwest regions.



ADF Fighters

*US v. Kuah, et al.*

8.    The leaders of the ADF include the members of the so-called "War Council," which is also known as the "Ambazonia Defense Council" (hereinafter, the "War Council").

9.    The War Council consists of a chairman, sometimes referred to as "Defense Chair," and other members, who report to and take instructions from the so-called "Commander-in-Chief" (collectively, "ADF Leadership").

10.    The ADF is associated with the "Ambazonia Governing Council" ("AGovC"). The AGovC is one of several groups that claim to have political authority over the aspirational country of "Ambazonia."

11.    While ADF fighters live in Cameroon, ADF leadership, including members of the AGovC, reside almost entirely outside of Cameroon.

### The Defendants and the War Council

12.    Defendant Benedict Nwana KUAH is a United States citizen residing in Minnesota. KUAH was born in Cameroon and immigrated to the U.S. in 2001.

13.    KUAH is the "Chairman" of the so-called ADF War Council.

14.    Defendant Pascal Kikishy WONGBI is a United States citizen residing in Minnesota. WONGBI was born in Cameroon and arrived in the U.S. in 2011.

15.    WONGBI is a member of the so-called War Council and carries the purported title "Head of Defense, Department of Logistics and Human Resources." KUAH appointed WONGBI to this position in December 2017.

*US v. Kuah, et al.*

16.    Co-conspirator 1 is a German citizen residing in Norway.  Co-conspirator 1 was born in Cameroon, immigrated to Germany in or about 1998, and moved to Norway in or about 2008.

17.    Co-conspirator 1 is the "President" of the so-called AGovC and the so-called ADF "Commander-in-Chief."

18.    Other members of the so-called War Council include:

    a.    Unindicted Co-conspirator 1, the "Overall Ground Coordinator" of the ADF;

    b.    Unindicted Co-conspirator 2, the former "Deputy Defense Chair" of the ADF;

    c.    Unindicted Co-conspirator 3, the "Deputy Defense Secretary" of the ADF; and

    d.    other unindicted co-conspirators, known and unknown.

19.    Other ADF and AGovC members and affiliates include:

    a.    Unindicted Co-conspirator 4, the "Spokesman" of the AGovC;

    b.    Unindicted Co-conspirator 5, a "Communications Director" for the ADF;

    c.    Unindicted Co-conspirator 6, a member of the ADF's "Finance Department";

    d.    Unindicted Co-conspirator 7, an ADF affiliate who assisted in transferring funds overseas;

    e.    Unindicted Co-conspirator 8, the "Vice President" of the AGovC;

    f.    Unindicted Co-conspirator 9, the "Secretary General" of the ADF; and

    g.    other unindicted co-conspirators, known and unknown.

*US v. Kuah, et al.*

20.    KUAH and WONGBI remotely support, direct, and oversee ADF Fighters located in the Northwest and Southwest regions of Cameroon.

21.    ADF Leadership provides ADF fighters with purported military titles and ranks.  ADF fighters include:

a.    Unindicted Co-conspirator 10, who was "Supreme Ground Commander" of the ADF;

b.    Unindicted Co-conspirator 11, an ADF "Brigadier General";

c.    Unindicted Co-conspirator 12, an ADF "General";

d.    Unindicted Co-conspirator 13, an ADF "Ground Coordinator";

e.    Unindicted Co-conspirator 14, an ADF "General";

f.    Unindicted Co-conspirator 15, a former ADF "Commander";

g.    Unindicted Co-conspirator 16, an ADF "Ground Commander";

h.    Unindicted Co-conspirator 17, an ADF "Commander";

i.    Unindicted Co-conspirator 18, an ADF fighter; and

j.    other ADF fighters and unindicted co-conspirators in Cameroon, known and unknown (hereinafter, and collectively, "ADF Fighters").

### ADF Leadership Activities

22.    Since approximately 2017, ADF Leadership has devised and propagated strategies and directives for violence that ADF Fighters carry out.  ADF Leadership plans, directs, and supervises attacks by ADF fighters, including attacks using firearms and improvised explosive devices ("IEDs"), as well as kidnappings.

23.    ADF Leadership uses an encrypted messaging platform to discuss ADF actions and attacks.  KUAH and WONGBI are members of multiple ADF-related chat

*US v. Kuah, et al.*

groups, with names such as "War Council Coordination," "Ground Coordination Team," and "Command Council."

24.    Additionally, members of ADF Leadership serve as public spokesmen for the ADF and the AGovC.  ADF Leadership uses Facebook, YouTube, and other social media platforms to raise funds and spread propaganda for the ADF.  For example, ADF Leadership uses a Facebook account known as the "Ambazonia Communication Network" ("ACN") to publish videos about ADF attacks, raise funds for weapons, and issue threats to the civilian population in Cameroon.

25.    Since approximately 2017, ADF Leadership, including KUAH and WONGBI, have raised funds for the ADF, primarily from members of the Cameroonian diaspora living outside of Cameroon, including those who live in the United States.

26.    By and at the direction of ADF Leadership, funds are sent by various international money transfer services from accounts inside and outside the United States to ADF Fighters and their associates in Cameroon.

27.    ADF Fighters use the funds to purchase guns (often referred to as "sticks"), ammunition (often referred to as "groundnuts" or "seeds"), and Improvised Explosive Devices ("IEDs") (referred to as "pops" or "popcorn").  ADF Leadership works with ADF Fighters to determine how the funds will be used to support ADF attacks.

28.    ADF Leadership frequently orders the civilian population of the Northwest and Southwest regions to boycott public services and activities, including

*US v. Kuah, et al.*

commercial activities, educational activities, and national holidays, or risk violence by ADF Fighters. This is part of the ADF's strategy to make the Northwest and Southwest regions "ungovernable" by Cameroon through violent acts that intimidate and coerce the civilian population.

29.    ADF Leadership orders mass boycotts, sometimes referred to as "ghost towns," during which the ADF prohibits the residents of the Northwest and Southwest regions from leaving their homes for any purpose. ADF Leadership directs and provides support to ADF Fighters for the purpose of "enforcing" the boycotts through destruction of property and acts of violence.

30.    One directive of ADF Leadership is that civilians residing in the Northwest and Southwest regions whom the ADF perceives to be cooperating with the Government of Cameroon, or who fail to adhere to the ADF's boycott orders, may be summarily killed. ADF Leadership refers to such civilians as "blacklegs" and "enablers."

31.    ADF Leadership, including KUAH and WONGBI, appear in public videos calling for the killing of "blacklegs" and "enablers." ADF Leadership also privately directs ADF Fighters to kill "blacklegs" and "enablers."

**The Defendants Order ADF to Attack**

32.    In September 2017, KUAH and Co-conspirator 1 "authorized and directed" ADF Fighters to begin attacking targets in Cameroon's Northwest and Southwest regions.

*US v. Kuah, et al.*

33.   ADF Leadership, including KUAH and WONGBI, communicated extensively with ADF Fighters to prepare for and carry out coordinated attacks, including by sending funds to purchase weapons and ammunition, and by providing direction about tactics and targets.

34.   The ADF Fighters carried out their orders, killing multiple victims.

35.   After the attacks, KUAH traveled from the United States to Nigeria to debrief the ADF Fighters who took part in the attacks.  KUAH told the ADF Fighters that he approved the "mission" and had dispersed funds for the attack.

### COUNT 1
(Conspiracy to Kill, Kidnap, Maim, or Injure Persons in a Foreign Country)

36.   Paragraphs 1 through 35 of this Indictment are incorporated by reference as fully set forth herein.

37.   Beginning no later than September 9, 2017, and continuing through on or about the date of this Indictment, in the District of Minnesota and elsewhere, the defendants,

**BENEDICT NWANA KUAH** and
**PASCAL KIKISHY WONGBI**,

and other persons known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree with each other to commit at a place outside the United States, to wit, the country of Cameroon, acts that would constitute the offense of murder, kidnapping, and maiming if committed in the special maritime and territorial jurisdiction of the United States, and at least one member of the conspiracy committed at least one act within the United States in furtherance of the conspiracy

*US v. Kuah, et al.*

and to effect the object thereof, as specified in paragraph 122, all in violation of Title 18, United States Code, Section 956(a).

## MANNER AND MEANS

### KUAH and WONGBI Provide Early Financial Support to ADF Fighters

38.     After the initial attacks in September 2017, KUAH, WONGBI, and other members of ADF leadership continued to plan and direct additional ADF attacks in the Northwest and Southwest regions of Cameroon and to send funds to ADF Fighters.

39.     For example, between October 16 and October 18, 2017, KUAH sent Unindicted Co-conspirator 15 approximately $8,000.

40.     In mid-April 2018, KUAH and Unindicted Co-conspirator 1, the ADF "Overall Ground Coordinator," sent multiple payments totaling approximately $4,350 to ADF Fighters for the purchase and transport of ammunition and weapons, including magazines and a rocket-propelled grenade.

41.     On or about May 7, 2018, KUAH sent two ADF fighters approximately $1,128 to purchase bullets and explosives. A few weeks later, the ADF fighters sent KUAH photographs of numerous bullets and a group of ADF fighters holding rifles.

42.     On or about June 18, 2018, WONGBI and Unindicted Co-conspirator 1 sent $2,000 to ADF Fighters for ammunition, explosives, and other items. Several weeks later, WONGBI sent an additional $300 to ADF Fighters "for 6 [firearm] magazines." On at least one occasion in 2018, an ADF Fighter sent WONGBI a photo of the bullets he purchased with funds WONGBI provided. WONGBI continued to

*US v. Kuah, et al.*

send funds to recipients in Cameroon through at least December 2024, including funds for the purchase of rocket propelled grenades, with total transfers exceeding $34,000.

43.    Between June and December 2019, KUAH and Unindicted Co-conspirator 16, an ADF ground commander, discussed various attack plans and civilian lockdowns.

44.    During this time, KUAH provided Unindicted Co-conspirator 16 approximately $300. Shortly thereafter, Unindicted Co-conspirator 16 told KUAH that he had killed seven Cameroonian soldiers.

45.    Later that month, KUAH appointed Unindicted Co-conspirator 16 to the so-called rank of "Major General" in the ADF.

46.    On or about January 6, 2020, KUAH instructed Unindicted Co-conspirator 10 to give a speech to the local civilian population on behalf of the ADF. KUAH instructed Unindicted Co-conspirator 10 to warn that anyone who enabled the Government of Cameroon to govern the Northwest and Southwest regions would be "immediately put to death."

### "The Takeover Fund"
### ADF Raises Additional Funds for Weapons

47.    In or about 2021, ADF Leadership, including KUAH, WONGBI, and Co-conspirator 1, the ADF "Commander-in-Chief," began to raise funds for the ADF through social media platforms.

48.    Specifically, the AGovC began promoting what it claimed was a secure online portal to receive donations for "The Takeover Fund," which encouraged donors

*US v. Kuah, et al.*

to provide monetary contributions that would "increase combat capabilities on the ground." The website's operator told KUAH that "80% [of funds raised] would be used to purchase weapons" for the takeover.

49.    On or about March 28, 2021, KUAH appeared in a video on the ACN Facebook account, in which he requested financial support for the ADF and stated that Cameroonian officials, including civilian officials, regardless of position, would be captured and executed. The video indicated that donations to the ADF could be made through the "The Takeover Fund" website or to CashApp Account 1. From March 28, 2021, to June 27, 2021, CashApp Account 1 received approximately $24,000, including donations with memo lines "TTOF [The Takeover Fund] attention [Unindicted Co-conspirator 4]," "stabilization force," and "for machine gun."

50.    On or about July 2, 2021, KUAH appeared in an ACN Facebook "War Council Briefing" video in which he requested donations for "Operation 100K Pops."

51.    Following the July 2, 2021, video, CashApp Account 1 received approximately $20,000, including donations for "operation 100000 pops," "support for pops," "100,000 pops," and "Operation 100 pops."

52.    In total, CashApp Account 1 received payments of approximately $180,000 between May 29, 2019, and April 25, 2022.

### ADF Kidnaps a Cameroonian Senator

53.    On or about April 30, 2022, armed individuals affiliated with the ADF kidnapped Victim 1, a 79-year-old Senator from Cameroon's Northwest region, as she was traveling from her home in Bamenda to a nearby wedding.

*US v. Kuah, et al.*

54.    The captors drove Victim 1 to a rural area near the town of Guzang, where Victim 1 was brought before Unindicted Co-conspirator 10, the "Supreme Commander" of ADF forces.

55.    On the same day, KUAH informed the War Council WhatsApp group that the ADF had "arrested-captured one of the biggest traitors in our struggle . . . the notorious [Victim 1]." KUAH stated, "THIS WOMAN WILL NOT GO FREE." Minutes later, WONGBI responded "take her out ASAP!!"

56.    Meanwhile, Unindicted Co-conspirator 10 gave Victim 1 a statement she was forced to read while being recorded. The statement read, in part, "I, [Victim 1], an Ambazonian by birth and nationality. . . resign and join our brothers to fight and push [Cameroon] out of our country . . . . Long live the Republic of Ambazonia."

57.    Later in the day on April 30, 2022, Co-conspirator 1, the ADF "Commander-in-Chief," sent KUAH the video of Victim 1 reading the statement. KUAH then forwarded the video to Unindicted Co-conspirator 5, an ADF "communications director," instructing him about the language for text banners overlaying the video.

58.    KUAH also discussed with members of the War Council the contents of an official ADF statement regarding Victim 1's capture, which ADF leadership released on May 1, 2022. In the official statement, the ADF represented that Victim 1 had been "arrested" by the ADF "due to her acceptance to be a Senator representing Ambazonia in the Cameroon legislature." The official statement also demanded that

*US v. Kuah, et al.*

Cameroon release from prison 76 "citizens of Ambazonia" in exchange for the release of Victim 1.

59.    That day, Unindicted Co-conspirator 8, the "Vice President" of the AGovC, sent Co-conspirator 1 a letter addressed to the President of Cameroon, requesting a prisoner exchange in return for the release of Victim 1. Co-conspirator 1 and Unindicted Co-conspirator 8 discussed transmitting the letter to the Cameroonian authorities via the International Committee of the Red Cross, and Co-conspirator 1 subsequently confirmed that the letter had been sent.

60.    On or about May 2, 2022, while Victim 1 was being held by Unindicted Co-conspirator 10, Unindicted Co-conspirator 1 informed KUAH that Unindicted Co-conspirator 1 sent approximately $4,825 to Unindicted Co-conspirator 10, the "Supreme Commander" responsible for Victim 1's continued detention.

61.    On or about May 3, 2021, KUAH and Co-conspirator 1 spoke about organizing a meeting with the "Supreme Commander," Unindicted Co-conspirator 10.

62.    On or about May 7, 2021, KUAH appeared in a video on the ACN YouTube channel, in which he announced that Victim 1 had been "condemned to death by a military tribunal of Ambazonia." KUAH continued: "At this moment I have informed the president of the Ambazonian Governing Council [Co-conspirator 1], the leader of this revolution, her fate now lies in his hands." Co-conspirator 1 separately told an ADF fighter, in a WhatsApp message, that Victim 1 "should never be released until I give the order."

*US v. Kuah, et al.*

63.    Several days into Victim 1's captivity, Co-conspirator 1 and the "Deputy Defense Chair," Unindicted Co-conspirator 2, spoke to Victim 1 by remote communication, which Unindicted Co-conspirator 10, the "Supreme Commander," facilitated. Unindicted Co-conspirator 2 informed Victim 1 that she had been charged with treason against Ambazonia and sentenced to death.

64.    In a separate communication with Victim 1, Co-conspirator 1 accused Victim 1 of not supporting the separatist movement and stated that Victim 1 had already been held in captivity too long.

65.    During the time that Victim 1 was held captive by ADF forces, Victim 1's family was asked by unidentified individuals associated with the ADF to pay a ransom for her release. Victim 1's family sent funds to those individuals, totaling approximately $10,000.

66.    Despite the payments, Victim 1 was not released.

67.    On or about May 30, 2022, the Cameroonian military rescued Victim 1.

68.    The following day, Co-conspirator 1 appeared in an ACN YouTube video in which he reported that Victim 1 had been rescued by Cameroonian forces. Co-conspirator 1 further stated: "I consider this my failure, and I take full responsibility[.]"

69.    As to why Victim 1 had not been killed, Co-conspirator 1 explained, "[w]e chose the more difficult option, to keep her for an exchange for our prisoners." In closing, Co-conspirator 1 instructed ADF Fighters "to go after every enabler possible in exchange for our prisoners scattered around in the jails of [Cameroon]."

*US v. Kuah, et al.*

70.     KUAH later appeared in a video posted to the ACN Facebook page, in which he explained that the War Council had acted quickly to condemn Victim 1 to death, so that ADF fighters on the ground would have the legal authority to kill her "at any critical moment."  He then took personal responsibility for the ADF failures that resulted in the liberation of Victim 1, calling her rescue "a heartbreaking situation."

### "Operation 200AKs"
### ADF Raises Funds to Arm Its Fighters

71.     In October 2022, KUAH announced on social media the launch of "Operation 200AKs," a fund-raising campaign designed to arm fighters on the ground in Cameroon with 200 AK-47 assault rifles.  Specifically, on or about October 17, 2022, KUAH appeared in a video posted to the ACN YouTube channel requesting donations to the "200 AKs" campaign.

72.     The video instructed that donations could be made on "The Takeover Fund" website to "securely purchase an AK."

 

Images from the Takeover Fund website

73.     The "200 AKs" section of "The Takeover Fund" website included a personal message from Co-conspirator 1 directing donors to "turn your anger into

*US v. Kuah, et al.*

guns, your frustration into guns, and your hope into even more guns." Co-conspirator 1 also personally appeared in several ACN videos requesting donations for Operation 200 AKs.

74.    On October 31, 2022, KUAH designated Unindicted Co-conspirator 1, the "Overall Ground Coordinator" of the ADF, to be the manager of funds generated by Operation 200 AKs, while KUAH and other members of ADF Leadership determined how they would be allocated "based on the priorities of the War Council [and] the Supreme Commander[.]"    In the subsequent year, Unindicted Co-conspirator 1 sent at least 185 payments to recipients in Cameroon and Nigeria totaling approximately $31,680.

75.    In addition to "The Takeover Fund" website, KUAH's video on October 17, 2022 referenced two other accounts for ADF donations: CashApp Account 2 and PayPal Account 1.

76.    From October 2022 through December 2022, these accounts received numerous donations, many of which specified that the funds were for "seeds," "groundnuts," "200AKs," and "Operation 200AK."

77.    CashApp Account 2 was created by KUAH's relative on or about July 29, 2022, and remained active through November 10, 2022. During this time, the account received approximately $17,700 over 54 transactions and paid out $12,700 over 26 transactions.

78.    Approximately $5,000 of the outgoing funds from CashApp Account 2 were sent to a bank account linked to Unindicted Co-conspirator 6. During the period

*US v. Kuah, et al.*

in which CashApp Account 2 was active, Unindicted Co-conspirator 6 sent approximately $10,000 to recipients in Cameroon.

79.     During the period August 13, 2019 through December 2022, PayPal Account 1 received more than $11,000 through 75 incoming transactions and paid out approximately $10,000 through 19 outgoing transactions.

80.     Nearly all the outgoing transactions from PayPal Account 1 were paid to the personal PayPal account of Unindicted Co-conspirator 7. After funneling the money through another PayPal account held by Unindicted Co-conspirator 7, Unindicted Co-conspirator 7 received the money in their Xoom account and, from February 2022 through December 2022, transferred approximately $18,000 to recipients in Cameroon.

**"Operation Rattlesnake"**
**ADF Attempts to Kill the Governor of the Northwest Region**

81.     In January 2023, KUAH and Co-conspirator 1, the ADF "Commander-in-Chief," planned and oversaw the ADF's attempt to kill Victim 2, the civilian governor of Cameroon's Northwest region.

82.     Co-conspirator 1 created a WhatsApp group, to facilitate discussion of the planned murder operation, titled "Operation Rattlesnake." This WhatsApp group included KUAH, other members of ADF Leadership, as well as ADF Fighters.

83.     Co-conspirator 1 explained that ADF Fighters were to attack and kill Victim 2 while he drove to the Youth Day Celebration in Bamenda scheduled for February 11, 2023. KUAH responded, "Brilliant idea, Mr. President," and discussed strategic placement of IEDs and the timing for deploying them.

*US v. Kuah, et al.*

84.    On or about January 5, 2023, in response to KUAH's request, two ADF ground commanders in the area, Unindicted Co-conspirators 12 and 17, sent photos and video of a stretch of road in the Nkwen area of Bamenda, showing its suitability for the placement of IEDs.

85.    In the following days, Co-conspirator 1 instructed Unindicted Co-conspirators 12 and 17 to submit a proposed budget for the operation.

86.    Unindicted Co-conspirators 12 and 17's proposal included seven or eight IEDs to be planted along Victim 2's anticipated travel route, and requested funding for metal containers, auto-detonators, charges, batteries, and cables. Co-conspirator 1 authorized ADF Leadership to provide the funds.

87.    On at least three occasions in January 2023, Co-conspirator 1 arranged for Unindicted Co-conspirators 12 and 17 to receive funding for the operation. Unindicted Co-conspirator 1, the ADF's "Overall Ground Coordinator," oversaw the expenditures. As the ground commanders received the funds, they updated KUAH and Co-conspirator 1 on their acquisition of IED components.

88.    In the weeks leading up to the planned attack, KUAH and Co-conspirator 1 expressed concerns over the IED construction and advised Unindicted Co-conspirators 12 and 17 on IED deployment methods. Specifically, Co-conspirator 1 suggested planting an IED in a civilian vehicle set to detonate at a given checkpoint, adding that "[i]t will definitely kill the driver but that's a price to pay."

*US v. Kuah, et al.*

89.    KUAH reviewed photos of the proposed attack site and a diagram of the attack plan and provided instructions to Unindicted Co-conspirators 12 and 17 about the "delivery system" and placement of the explosives.

90.    On or about February 9, 2023, Unindicted Co-conspirator 12 sent KUAH and Co-conspirator 1 a video of the completed IEDs and confirmed he had planted them along the road where Victim 2 was expected to travel to the Bamenda Grandstand.

 

Images of IED Components Sent by Unindicted Co-conspirators 12 and 17

91.    On or about February 11, 2023, Unindicted Co-conspirator 17 sent an audio recording explaining that two of the IEDs had exploded as planned but the attack had failed to kill Victim 2.

92.    Following the attack, Co-conspirator 1 sent a message to KUAH and other co-conspirators lamenting that Operation Rattlesnake had failed to kill Victim 2.    Co-conspirator 1 nevertheless praised the team for mobilizing resources and expertise, and for "put[ting] together the executioners and deploy[ing] the materials."

### ADF Bombs "Race for Hope" in Fako

93.    In February 2023, Co-conspirator 1 sent a WhatsApp message to a "central command" group of ADF members, asking if the ADF could deploy explosives

19

*US v. Kuah, et al.*

during the upcoming Mount Cameroon Race for Hope, an annual footrace held in the Fako division of the Southwest region. An ADF member then requested that Unindicted Co-conspirator 18, a local ADF Fighter, provide the IEDs.

94.    KUAH sent $150 from his personal checking account to Unindicted Co-conspirator 1, who sent the money to Unindicted Co-conspirator 9, for the purpose of financing the IED materials. KUAH told Unindicted Co-conspirator 1 that the money was needed for "the pops we are looking at deploying for this race."

95.    Several days later, Co-conspirator 1 informed the group that funds had been directed to Unindicted Co-conspirator 18 for the IEDs. The next day, Co-conspirator 1 received multiple messages from Unindicted Co-conspirator 18 showing and describing what appear to be IEDs intended for the attack.



IEDs Intended for the Race for Hope Attack

96.    On or about February 25, 2023, Co-conspirator 1 received multiple videos of what appear to be IED explosions during a race. Co-conspirator 1 congratulated the ADF Fighters for their attack, which injured at least 19 civilians.

*US v. Kuah, et al.*



IEDs Detonated during the Race for Hope

97.     That same day, in a video posted on the ACN Facebook page, Unindicted Co-conspirator 2, a former ADF "Deputy Defense Chair," stated that the ADF carried out the attack.

### ADF Murders Two Civilians in Guzang Market

98.     On October 4, 2023, ADF Fighters under the command of Unindicted Co-conspirator 14 murdered two unarmed civilians, Victims 3 and 4, in the market square in Guzang, a town in Cameroon's Northwest region.

99.     Prior to the murders of Victim 3 and 4, ADF Leadership, including KUAH and WONGBI, directed ADF Fighters, including Unindicted Co-conspirator 14, whom KUAH appointed as a "Major General," to kill civilians deemed by the ADF to be traitors, "enablers," "blacklegs," or "spies."

100.    For example, in February 2023, WONGBI messaged the ADF War Council, stating that the ADF should "ramp up taking out black legs" meaning a person who cooperates with the Cameroonian government.

*US v. Kuah, et al.*

101.    In March 2023, Co-conspirator 1 sent a message to a group including KUAH and WONGBI, instructing that all "enablers" be killed and hung in the streets. KUAH agreed with Co-conspirator 1's position.

102.    In June 2023, members of the ADF War Council discussed an individual who had been captured by ADF fighters. KUAH messaged: "this traitor must be publicly executed and displayed. And videos of her execution . . . circulated."

103.    In October 2023, Unindicted Co-conspirator 3, a "Deputy Defense Secretary" with the ADF, sent a video to the War Council, including KUAH and WONGBI, showing ADF Fighters murdering Victims 3 and 4. In the video, Victims 3 and 4 are sitting on a street, dressed in civilian clothing, surrounded by onlookers. Individuals who cannot be seen in the video speak to Victims 3 and 4 before shooting and killing them.

104.    Another War Council member explained that Victims 3 and 4 were believed to have been working as informants for the Cameroonian Army.

105.    Following the killings, Unindicted Co-conspirator 4, the "Spokesman of the ADF," appeared in an ACN video and confirmed that the ADF was responsible for the Guzang killings.

106.    Similarly, several days after the killings, Unindicted Co-conspirator 14, the "Major General" in the Guzang area, whom KUAH appointed to the position, issued a statement on the ACN Facebook page in which he took credit for the killings.

107.    In the days following the murders of Victim 3 and 4, WONGBI made several statements defending the killings. For example, in an ACN video, WONGBI

*US v. Kuah, et al.*

stated, "every confirmed traitor and collaborator, you will meet that fate." A few days later, WONGBI appeared in another ACN video in which he asserted that "summary executions" were a "standard war practice" and vowed that the ADF would "come after" all "blacklegs." In messages with other ADF members, WONGBI commended the killings, stating "[t]his is the turning point of this revolution . . . [I]f you are not ready for the next phase then tap out!"

108.    In mid-October 2023, Co-conspirator 1 warned, in an ACN Facebook post, that all spies would be killed by the ADF. To the government of Cameroon, Co-conspirator 1 further stated: "We will bleed you and your spies to the gates of hell. Ambazonia is the singular graveyard where all things associated with Cameroun shall find their last place of eternal turmoil."

### ADF Bombs the Youth Day Parade in Nkambe

109.    On or about February 11, 2024, the ADF detonated an IED at a Youth Day celebration in Nkambe, in Cameroon's Northwest region, injuring dozens of civilians, mostly children, and killing a 15-year-old student (Victim 5).

110.    The attack was conducted by ADF Fighters under the command of Unindicted Co-conspirator 11, an ADF "Brigadier General" and "commander" of the Donga Division, whom KUAH had promoted to that position.

111.    In the weeks leading up to the attack, ADF Leadership, including KUAH and Co-conspirator 1, the ADF "Commander-in-Chief," authorized funding for an attack in Donga planned for February 11, 2024. ADF Leadership sent two

*US v. Kuah, et al.*

requisitions to the "ADF Finance Department," which requested the purchase of, among other things, dynamite, a fuse, and a remote.

112.   Between the date of the requisitions, in January 2024, and the February 11 attack, Unindicted Co-conspirator 1, also a member of the ADF's "Finance Department," sent 11 payments to Cameroon and Nigeria totaling approximately $1,550.

113.   Meanwhile, KUAH and Co-conspirator 1 communicated about shutting down all activities in the Northwest and Southwest regions of Cameroon between February 10 and 12, 2024.

114.   In early February 2024, KUAH and other War Council members distributed the War Council's "updated operational plan" for ADF attacks for the period January through March 2024.   Among the targets listed was the Nkambe "Grandstand," calling for "[c]oordinated actions against public venues used to host sanctioned events."

115.   On February 10, 2024, the day before the attack, KUAH and Co-conspirator 1 asked the War Council for updates on the status of lockdowns and "ghost towns," and Co-conspirator 1 reported that "commanders are busy enforcing [the] lockdown."

116.   On February 11, 2024, Co-conspirator 1 informed KUAH that the Nkambe Grandstand had been "struck" by the ADF.   KUAH then messaged the War Council and reported "incredible" initial results in Nkambe.

*US v. Kuah, et al.*

117.   Later that day, Unindicted Co-conspirator 13, the local ADF "Ground Coordinator," informed the War Council, including KUAH and WONGBI, that "[t]he action plan in Nkambe ha[d] been successfully executed, achieving the predetermined objectives[.]"

118.   That same day, Co-conspirator 1 delivered an "Emergency Address" on the Facebook ACN page in which he stated that the Nkambe IED attack had targeted Victim 6, a Cameroonian Senator who had been present at the Youth Day parade. Co-conspirator 1 continued: "We missed him by a whisker today, but I can promise you we will get him. . . . We must bomb Cameroun out of existence."

119.   The day after the attack, Unindicted Co-conspirator 11, the ADF commander of Donga Division, sent audio messages to ADF Leadership confirming that his men had conducted the attack and requesting additional IED materials. KUAH responded by thanking Unindicted Co-conspirator 11 and promising additional support.

120.   Following the attack, KUAH appeared in a video on the YouTube ACN page, entitled "Respect the Revolution," in which he called the Youth Day Parade attack "a day of triumph." KUAH also blamed the civilian casualties on Victim 6. KUAH claimed that Victim 6 had defied the ADF's lockdown order and enticed civilians to participate in the Youth Day festivities. He also blamed the residents of Nkambe for "refus[ing] to respect the revolution" by not adhering to the ADF's boycott orders.

*US v. Kuah, et al.*

121.    As KUAH spoke, the video depicted the destruction in Nkambe and school children running, with the text "Live report from the Nkambe grandstand as enablers cry" and "Blacklegs run from the A.D.F."



ADF Propaganda Video Celebrating the Bombing in Nkambe

## Overt Acts

122.    In furtherance of the conspiracy and to effect the illegal objects thereof, the Defendants and their co-conspirators committed and caused to be committed, among others, the overt acts described in the Manner and Means section of this Indictment, including numerous overt acts that occurred in the United States, including but not limited to those described in paragraphs 39-42, 44-46, 49-50, 57-58, 60, 62, 70-71, 74, 87, 89, 94, 99, 107, 110-112, 114, 116, and 120.

## COUNT 2
(Conspiracy to Provide Material Support or Resources)

123.    Paragraphs 1 through 35 and 38 through 121 of this Indictment are incorporated by reference as fully set forth herein.

*US v. Kuah, et al.*

124.    Beginning no later than September 9, 2017, and continuing through the date of this indictment, in the District of Minnesota and elsewhere, the defendants,

**BENEDICT NWANA KUAH** and
**PASCAL KIKISHY WONGBI**,

and other persons known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree with each other to provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), namely, by providing personnel (to include themselves), services, and property (including currency and monetary instruments), knowing and intending they were to be used in preparation for and in carrying out of violations of Title 18, United States Code, Sections 956(a) (Conspiracy to Kill, Kidnap, and Maim Persons in a Foreign Country), violations of Title 18, United States Code, Section 1203 (Hostage Taking), and violations of Title 18, United States Code, Section 2332a(b) (Use of Weapons of Mass Destruction Outside the U.S.).

All in violation of Title 18, United States Code, Section 2339A.

### COUNT 3
(Providing Material Support or Resources)

125.    Paragraphs 1 through 35 and 38 through 121 of this Indictment are incorporated by reference as fully set forth herein.

126.    Beginning no later than April 30, 2022, and continuing through on or about May 30, 2022, in the District of Minnesota and elsewhere, the defendant,

**BENEDICT NWANA KUAH**,

*US v. Kuah, et al.*

and other persons known and unknown to the Grand Jury, did knowingly provide,

and attempt to provide, material support and resources, as defined in Title 18, United

States Code, Section 2339A(b), namely, by providing personnel (to include

themselves), services, and property (including currency and monetary instruments),

knowing and intending they were to be used in preparation for and in the carrying

out of violations of Title 18, United States Code, Sections 956(a) (Conspiracy to Kill,

Kidnap, and Maim Persons in a Foreign Country) and violations of Title 18, United

States Code, Section 1203(a) (Hostage Taking) relating to Victim 1.

All in violation of Title 18, United States Code, Sections 2339A and 2.

## COUNT 4
(Conspiracy to Commit Hostage Taking)

127.    Paragraphs 1 through 35 and 53 through 70 of this Indictment are

incorporated by reference as fully set forth herein.

128.    Beginning no later than April 30, 2022, and continuing through on or

about May 30, 2022, in the District of Minnesota and elsewhere, the defendant,

**BENEDICT NWANA KUAH,**

and other persons known and unknown to the Grand Jury, did knowingly combine,

conspire, confederate, and agree with each other to intentionally seize and detain and

threaten to kill, injure, and continue to detain Victim 1 in order to compel the

government of Cameroon to relinquish the territory of the Northwest and Southwest

regions of Cameroon and to release a number of so-called "citizens" of "Ambazonia"

who had allegedly been kidnapped and held by the Cameroonian state, as an explicit

*US v. Kuah, et al.*

and implicit condition for the release of the hostage, Victim 1.

All in violation of Title 18, United States Code, Section 1203(a).

## COUNT 5
(Providing Material Support or Resources)

129.     Paragraphs 1 through 35 and 38 through 121 of this Indictment are incorporated by reference as fully set forth herein.

130.     Beginning no later than January 3, 2023, and continuing through on or about February 11, 2023, in the District of Minnesota and elsewhere, the defendant,

## BENEDICT NWANA KUAH,

and other persons known and unknown to the Grand Jury, did knowingly provide, and attempt to provide, material support and resources, as defined in Title 18, United States Code, Section 2339A(b), namely, by providing personnel (to include themselves), services, and property (including currency and monetary instruments), knowing and intending they were to be used in preparation for and in the carrying out of violations of Title 18, United States Code, Sections 956(a) (Conspiracy to Kill, Kidnap, and Maim Persons in a Foreign Country) and violations of Title 18, United States Code, Section 2332a(b) (Use of Weapons of Mass Destruction) relating to Victim 2.

All in violation of Title 18, United States Code, Sections 2339A and 2.

## COUNT 6
(Conspiracy to Use Weapons of Mass Destruction Outside the U.S.)

131.     Paragraphs 1 through 35 and 81 through 92 of this Indictment are incorporated by reference as fully set forth herein.

*US v. Kuah, et al.*

132.   Beginning no later than January 3, 2023, and continuing through on or about February 11, 2023, in the District of Minnesota and elsewhere, the defendant,

**BENEDICT NWANA KUAH**,

and other persons known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree with each other to use and attempt to use a weapon of mass destruction outside of the United States, specifically, in the country of Cameroon, relating to Victim 2.

All in violation of Title 18, United States Code, Section 2332a(b).

### COUNT 7
(Providing Material Support or Resources)

133.   Paragraphs 1 through 35 and paragraphs 38 through 121 of this Indictment are incorporated by reference as fully set forth herein.

134.   Beginning no later than January 23, 2024, and continuing through on or about February 11, 2024, in the District of Minnesota and elsewhere, the defendant,

**BENEDICT NWANA KUAH**,

and other persons known and unknown to the Grand Jury, did knowingly provide, and attempt to provide, material support and resources, as defined in Title 18, United States Code, Section 2339A(b), namely, by providing personnel (to include themselves), services, and property (including currency and monetary instruments), knowing and intending they were to be used in preparation for and in the carrying out of violations of Title 18, United States Code, Sections 956(a) (Conspiracy to Kill, Kidnap, and Maim Persons in a Foreign Country); and violations of Title 18, United

*US v. Kuah, et al.*

States Code, Section 2332a(b) (Use of Weapons of Mass Destruction) relating to the Youth Day Parade in Nkambe.

All in violation of Title 18, United States Code, Sections 2339A and 2.

### COUNT 8
(Conspiracy to Launder Monetary Instruments)

135.  Paragraphs 1 through 35 and 38 through 121 of this Indictment are incorporated by reference as fully set forth herein.

136.  Beginning no later than September 2017, and continuing through on or about the date of this Indictment, in the District of Minnesota and elsewhere, the defendants,

**BENEDICT NWANA KUAH** and
**PASCAL KIKISHY WONGBI**,

did knowingly combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to commit offenses against the United States, to wit, to transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a series of related transactions involving monetary instruments and funds of a value exceeding $10,000, from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, that is, conspiracy to kill, kidnap, and maim persons in a foreign country, in violation of 18 U.S.C. § 956(a); hostage taking, in violation of section 18 U.S.C. § 1203; and use of weapons of mass destruction, in violation of 18 U.S.C. § 2332a(b).

All in violation of Title 18, United States Code, Section 1956(h) and (a)(2).

31

*US v. Kuah, et al.*

## **FORFEITURE ALLEGATIONS**

The allegations contained in Counts 1 through 8 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

If convicted of any of the offenses charged in Counts 1 through 7 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If convicted of Count 8 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, or any proceeds traceable to such property.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

| | |
|---|---|
| ACTING UNITED STATES ATTORNEY | FOREPERSON |

MATTHEW R. GALEOTTI
ACTING ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE, CRIMINAL DIVISION